

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| BARRY E. WILLIAMS,<br>　　　Petitioner,<br><br>vs.<br><br>J. LAMANNA, Warden,<br>　　　Respondent. | §<br>§<br>§<br>§ CIVIL ACTION NO. 9:05-712-HFF-GCK<br>§<br>§<br>§ |

ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND GRANTING RESPONDENT'S MOTION TO DISMISS

This case was filed as a Section 2241 action. Petitioner is proceeding *pro se*. The matter is before the Court for review of the report and recommendation (report) of the United States Magistrate Judge in which he suggests that Petitioner's petition for relief be denied and dismissed and Respondent's motion to dismiss be granted. The report is made in accordance with 28 U.S.C. § 636 and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *See Matthews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the report on September 20, 2005. No objections to the report were filed. In the absence of objections, the Court is not required to give any explanation for adopting the report. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the report and the record in this case pursuant to the standards set forth above, the Court adopts the report and incorporates it herein. Therefore, it is the judgment of this Court that Petitioner's petition for relief must be **DENIED** and **DISMISSED** and Respondent's motion to dismiss must be **GRANTED**.

**IT IS SO ORDERED**.

Signed this 21st day of November, 2005, in Spartanburg, South Carolina.

/s/ Henry F. Floyd  
HENRY F. FLOYD  
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

Petitioner is hereby notified that he has a right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.